**No. 09-10782. Alex F. Gavilan, Petitioner v. Florida.**

562 U.S. 852, 131 S. Ct. 108, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 5863.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

**No. 09-10783. Michael John Fletcher, Petitioner v. Kenneth T. McKee, Warden.**

562 U.S. 852, 131 S. Ct. 108, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6237.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 355 Fed. Appx. 935.

**No. 09-10784. Bryant Alexander Grover, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 852, 131 S. Ct. 108, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6143,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10786. Randall Graham, Petitioner v. Burl Cain, Warden.**

562 U.S. 852, 131 S. Ct. 109, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6047.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10788. Rafael Pileta Colman, Petitioner v. Texas.**

562 U.S. 852, 131 S. Ct. 389, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6204,

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-10790. Damien Clagon, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.**

562 U.S. 852, 131 S. Ct. 110, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6118.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10791. Michael Thomas, Petitioner v. James Yates, Warden, et al.**

562 U.S. 852, 131 S. Ct. 110, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6035.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 797.

**No. 09-10792. Contrell Carter, aka Cottrell Carter, Petitioner v. Ronald King, Superintendent, South Mississippi Correctional Institution.**

562 U.S. 852, 131 S. Ct. 110, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6252.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.